No. 10–6190.  OWENS v. MORENO VALLEY HOSPITAL ET AL. C. A. 9th Cir.  Certiorari denied.

No. 10–6191.  WADDEL v. JONES, WARDEN.  C. A. 10th Cir. Certiorari denied.

No. 10–6192.  TAYLOR v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 10–6193.  WALKER v. ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 10–6195.  JONES v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–6196.  JOHNSON v. CASTRO, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–6197.  LATCHISON v. FELKER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–6207.  WILSON v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS.  Sup. Ct. Va.  Certiorari denied.

No. 10–6209.  BREYTMAN v. OLINVILLE REALTY, LLC, ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 10–6212.  BERRIOS v. MCNEIL, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 10–6213.  JACKSON v. LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–6220.  SMITH v. SCRIBNER, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 10–6221.  BRADLEY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 10–6222.  CUNNINGHAM, INDIVIDUALLY AND BY AND THROUGH HIS FATHER AND NEXT FRIEND, CUNNINGHAM v. CITY